No. 4094.—GANDÍA CÓRDOVA, apdo., *v.* STUBBE, aplte.—C. D. San Juan. Memorándum de costas. Marzo 25, 1927.

POR CUANTO en el presente caso la parte apelante presentó un memorándum de costas en la corte de distrito y ésta lo desestimó por haberse radicado prematuramente, ya que la sentencia había sido apelada a la Corte de Circuito de Apelaciones del Primer Circuito, y

POR CUANTO la misma cuestión fué resuelta por esta Corte Suprema en el caso de *Morales* v. *Cruz*, 36 D.P.R. 197, en el sentido de que no debe considerarse prematura la presentación del memorándum cuando si bien se ha apelado no se ha suspendido la ejecución de la sentencia, como sucede en este caso:

Por tanto, se revoca la resolución recurrida que dictó la Corte de Distrito de San Juan el 24 de junio de 1926 y el caso se devuelve a la dicha corte para ulteriores procedimientos.